IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:10-CR-99-D

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| SAMUEL LEE KELLEY, JR., ) | |
| ) | |
| Defendant. ) | |

The United States shall file a response to defendant's motion to reduce his sentence pursuant to 18 U.S.C. § 3582 [D.E. 45]. The response is due not later than July 27, 2015.

SO ORDERED. This _5_ day of July 2015.

JAMES C. DEVER III
Chief United States District Judge